UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:23-cv-10544-JLS-SSC                                                Date: June 02, 2025
Title:  Sempra v. Associated Electric and Gas Insurance Services Limited

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE FAILURE TO FILE DOCUMENTS UNDER SEAL IN COMPLIANCE WITH LOCAL RULES**

On May 15, 2025, the Court Granted in Part Defendant's Application to File Documents Under Seal in Support of Defendant's Motion for Complete or Partial Summary Judgment.  (Order, Doc. 49.)  Local Rule 79-5.2.2(a) provides that "**if the Application [to File Documents Under Seal] is granted, the Filing Party must thereafter file the sealed document pursuant to L.R. 79-5.2.2(c).  The Clerk will not convert the PROPOSED sealed document submitted with the Application into a new filing**."  C.D. L.R. 79-5.2.2(a) (emphasis in original); *see also* C.D. L.R. 79-5.2.2(c).  As of yet, no documents identified in the Court's Order have been filed under seal.  Accordingly, Defendant is ORDERED to show cause, in writing within **seven (7) days of this Order**, why it has failed to comply with Local Rules 79-5.2.2(a) and (c).  Alternatively, filing the documents identified in the Court's Order (Doc. 49) under seal in accordance with Local Rule 79-5.2.2(c) will be sufficient to discharge this order to show cause.

Initials of Deputy Clerk: kd